# EXHIBIT I

**DISBURSEMENT SUMMARY – MARTINE BARTON**

| Date of Transaction | Amount | Manner | Payor | Payee |
|---|---|---|---|---|
| 03/20/2017 | $10,000.00 | ACH | JMJ Development LLC | Martine Barton (American Express) |
| 03/20/2017 | $2,000.00 | ACH | JMJ Development LLC | Martine Barton (American Express) |
| 03/20/2017 | $625.00 | ACH | JMJ Development LLC | Martine Barton (American Express) |
| 03/21/2017 | $10,000.00 | ACH | JMJ Development LLC | Martine Barton (American Express) |
| 04/10/2017 | $8,254.18 | ACH | JMJ Development LLC | Martine Barton (American Express) |
| 04/21/2017 | $4,000.00 | ACH | JMJ Development LLC | Martine Barton (American Express) |
| 04/21/2017 | $666.00 | ACH | JMJ Development LLC | Martine Barton (American Express) |
| 04/24/2017 | $14,526.98 | ACH | JMJ Development LLC | Martine Barton (American Express) |
| 05/08/2017 | $3,000.00 | ACH | JMJ Development LLC | Martine Barton (American Express) |
| 05/26/2017 | $685.00 | ACH | JMJ Development LLC | Martine Barton (American Express) |
| 06/05/2017 | $23,917.66 | ACH | JMJ Development LLC | Martine Barton (American Express) |
| 06/05/2017 | $703.00 | ACH | JMJ Development LLC | Martine Barton (American Express) |
| 07/05/2017 | $19,255.22 | ACH | JMJ Development LLC | Martine Barton (American Express) |
| 07/25/2017 | $624.00 | ACH | JMJ Development LLC | Martine Barton (American Express) |
| 08/04/2017 | $19,236.60 | ACH | JMJ Development LLC | Martine Barton (American Express) |
| 08/16/2017 | $5,000.00 | ACH | JMJ Development LLC | Martine Barton (American Express) |
| 08/21/2017 | $681.00 | ACH | JMJ Development LLC | Martine Barton (American Express) |
| 09/06/2017 | $12,979.40 | ACH | JMJ Development LLC | Martine Barton (American Express) |
| 09/22/2017 | $635.00 | ACH | JMJ Development LLC | Martine Barton (American Express) |
| 10/04/2017 | $17,083.49 | ACH | JMJ Development LLC | Martine Barton (American Express) |

| | | | | |
|---|---|---|---|---|
| 10/19/2017 | $639.00 | ACH | JMJ Development LLC | Martine Barton (American Express) |
| 11/07/2017 | $22,764.24 | ACH | JMJ Development LLC | Martine Barton (American Express) |
| 11/08/2017 | $637.00 | ACH | JMJ Development LLC | Martine Barton (American Express) |
| 11/20/2017 | $15,000.00 | ACH | JMJ Development LLC | Martine Barton (American Express) |
| 12/07/2017 | $12,000.00 | ACH | JMJ Development LLC | Martine Barton (American Express) |
| 12/19/2017 | $596.00 | ACH | JMJ Development LLC | Martine Barton (American Express) |
| 12/26/2017 | $23,933.45 | ACH | JMJ Development LLC | Martine Barton (American Express) |
| 01/02/2018 | $9,907.58 | ACH | JMJ Development LLC | Martine Barton (American Express) |
| 01/02/2018 | $2,975.74 | ACH | JMJ Development LLC | Martine Barton (American Express) |
| 01/02/2018 | $69.46 | ACH | JMJ Development LLC | Martine Barton (American Express) |
| 01/02/2018 | $27.87 | ACH | JMJ Development LLC | Martine Barton (American Express) |
| 01/18/2018 | $5,000.00 | ACH | JMJ Development LLC | Martine Barton (American Express) |
| 02/07/2018 | $25,299.51 | ACH | JMJ Development LLC | Martine Barton (American Express) |
| 02/16/2018 | $530.00 | ACH | JMJ Development LLC | Martine Barton (American Express) |
| 03/12/2018 | $35,342.40 | ACH | JMJ Development LLC | Martine Barton (American Express) |
| 03/21/2018 | $3,999.89 | ACH | JMJ Development LLC | Martine Barton (American Express) |
| 03/21/2018 | $1,000.00 | ACH | JMJ Development LLC | Martine Barton (American Express) |
| 04/06/2018 | $32,537.45 | ACH | JMJ Development LLC | Martine Barton (American Express) |
| 04/25/2018 | $454.00 | ACH | JMJ Development LLC | Martine Barton (American Express) |
| 04/27/2018 | $29,308.94 | ACH | JMJ Development LLC | Martine Barton (American Express) |
| 05/29/2018 | $1,000.00 | ACH | JMJ Development LLC | Martine Barton (American Express) |
| 06/04/2018 | $27,215.87 | ACH | JMJ Development LLC | Martine Barton (American Express) |
| 07/06/2018 | $47,512.48 | ACH | JMJ Development LLC | Martine Barton (American Express) |

| | | | | |
|---|---|---|---|---|
| 07/10/2018 | $4,000.00 | ACH | JMJ Development LLC | Martine Barton (American Express) |
| 08/10/2018 | $26,719.75 | ACH | JMJ Development LLC | Martine Barton (American Express) |
| 08/24/2018 | $314.00 | ACH | JMJ Development LLC | Martine Barton (American Express) |
| 08/29/2018 | $82,534.98 | ACH | JMJ Development LLC | Martine Barton (American Express) |
| 09/07/2018 | $4,000.00 | ACH | JMJ Development LLC | Martine Barton (American Express) |
| 10/09/2018 | $3,384.38 | ACH | JMJ Development LLC | Martine Barton (American Express) |
| 10/24/2018 | $42,313.03 | ACH | JMJ Development LLC | Martine Barton (American Express) |
| 10/25/2018 | $49,483.35 | ACH | JMJ Development LLC | Martine Barton (American Express) |
| 11/02/2018 | $30.73 | ACH | JMJ Development LLC | Martine Barton (American Express) |
| 12/13/2018 | $116,671.26 | ACH | JMJ Development LLC | Martine Barton (American Express) |
| **TOTAL** | **$781,074.89** | | | |