# EXHIBIT D

**DISBURSEMENT SUMMARY**

**MICHAEL FU, PIC CONSULTANT, LLC, AND SILVERLAND FINANCE, LTD.**

| Date of Transaction | Amount | Manner | Payor | Payee |
|---|---|---|---|---|
| 03/14/2017 | $91,200.00 | Wire | Seagoville Farms, LLC | Silverland Finance, Ltd. |
| 04/24/2017 | $115,600.00 | Wire | WALL007 LLC | Silverland Finance, Ltd. |
| 09/21/2017 | $25,000.00 | Wire | Carnegie Development, LLC | Silverland Finance, Ltd. |
| 11/01/2017 | $65,594.20 | Wire | JMJAV, LLC | Silverland Finance, Ltd. |
| 01/09/2018 | $66,282.96 | Wire | JMJAV, LLC | Silverland Finance, Ltd. |
| 02/23/2018 | $373,798.00 | Wire | Seagoville Farms, LLC | Silverland Finance, Ltd. |
| 03/26/2018 | $10,000.00 | Wire | Carnegie Development, LLC | Silverland Finance, Ltd. |
| 03/27/2018 | $118,315.26 | Wire | WALL011 LLC | Silverland Finance, Ltd. |
| 03/27/2018 | $72,005.22 | Wire | JMJAV, LLC | Silverland Finance, Ltd. |
| 04/23/2018 | $221,000.00 | Wire | WALL007 LLC | Silverland Finance, Ltd. |
| 04/26/2018 | $25,030.00 | Wire | Carnegie Development, LLC | Silverland Finance, Ltd. |
| 05/02/2018 | $165,000.00 | Wire | JMJAV, LLC | Silverland Finance, Ltd. |
| 06/28/2018 | $270,000.00 | Wire | JMJAV, LLC | Silverland Finance, Ltd. |
| 07/03/2018 | $253,500.00 | Wire | WALL009 LLC | Silverland Finance, Ltd. |
| 08/01/2018 | $192,000.00 | Wire | Seagoville Farms, LLC | Silverland Finance, Ltd. |
| 08/01/2018 | $40,351.00 | Wire | Seagoville Farms, LLC | Silverland Finance, Ltd. |
| 08/31/2018 | $311,434.00 | Wire | JMJAV, LLC | Silverland Finance, Ltd. |
| 10/19/2018 | $256,800.00 | Wire | Wall016, LLC | Gate Greece Properties |
| 10/22/2018 | $391,747.50 | Wire | JMJAV, LLC | Gate Greece Properties |
| 01/15/2019 | $45,000.00 | Wire | JMJAV, LLC | PIC Consultant, LLC |
| 01/15/2019 | $25,000.00 | Wire | Carnegie Development, LLC | PIC Consultant, LLC |
| 01/30/2019 | $15,000.00 | Wire | JMJAV, LLC | PIC Consultant, LLC |
| 01/31/2019 | $8,000.00 | Wire | Seagoville Farms, LLC | PIC Consultant, LLC |
| 02/14/2019 | $6,500.00 | Wire | WALL011, LLC | PIC Consultant, LLC |
| 03/19/2019 | $230,000.00 | Wire | Wall016, LLC | National Bank of Greece |
| 03/28/2019 | $150,000.00 | Wire | Wall017, LLC | National Bank of Greece |
| 05/06/2019 | $125,000.00 | Wire | Carnegie Development, LLC | PIC Consultant, LLC |
| **TOTAL** | **$3,669,158.14** | | | |