# EXHIBIT E

**DISBURSEMENT SUMMARY – CARNEGIE HOMES, LLC**

| Date of Transaction | Amount | Manner | Payor | Payee |
|---|---|---|---|---|
| 09/24/2018 | $48,986.82 | Wire | JMJ Development LLC | Carnegie Homes, LLC |
| 02/04/2019 | $36,774.21 | Wire | Carnegie Development LLC | Carnegie Homes, LLC |
| 03/29/2019 | $200,000.00 | Wire | Carnegie Development LLC | Carnegie Homes, LLC |
| **TOTAL** | **$285,761.03** | | | |