# EXHIBIT L

**DISBURSEMENT SUMMARY**

**MARK ADAMS and VINCAP, LLC**

| Date of Transaction | Amount | Manner | Payor | Payee |
|---|---|---|---|---|
| 04/04/2017 | $2,500.00 | Check | Seagoville Farms, LLC | Mark Adams |
| 04/21/2017 | $2,500.00 | Check | Seagoville Farms, LLC | Mark Adams |
| 05/05/2017 | $10,000.00 | Check | Villita Towers LLC | Mark Adams |
| 07/10/2017 | $5,000.00 | Check | Goldmark Hospitality LLC | Mark Adams |
| 07/20/2017 | $3,500.00 | Check | WALL009 LLC | Mark Adams |
| 08/08/2017 | $5,208.34 | Check | JMJ Development LLC | Mark Adams |
| 09/05/2017 | $5,208.34 | Check | JMJ Development LLC | Mark Adams |
| 09/18/2017 | $5,208.34 | Check | JMJ Development LLC | Mark Adams |
| 10/04/2017 | $5,208.34 | Check | JMJ Development LLC | Mark Adams |
| 10/17/2017 | $5,000.00 | Check | JMJ Development LLC | Vincap, LLC |
| 10/19/2017 | $5,208.33 | Check | JMJ Development LLC | Vincap, LLC |
| 11/01/2017 | $2,000.00 | Check | JMJ Development LLC | Mark Adams |
| 11/02/2017 | $3,208.33 | Check | JMJ Development LLC | Mark Adams |
| 11/17/2017 | $5,208.33 | Check | JMJ Development LLC | Vincap, LLC |
| 12/04/2017 | $3,208.33 | Check | JMJ Development LLC | Mark Adams |
| 12/04/2017 | $2,000.00 | Check | JMJ Development LLC | Mark Adams |
| 12/19/2017 | $2,000.00 | Check | JMJ Development LLC | Mark Adams |
| 12/21/2017 | $3,208.00 | Check | JMJ Development LLC | Mark Adams |
| 01/04/2018 | $5,208.33 | Check | JMJ Development LLC | Vincap, LLC |
| 01/18/2018 | $3,208.33 | Check | JMJ Development LLC | Vincap, LLC |
| 01/18/2018 | $2,000.00 | Check | JMJ Development LLC | Mark Adams |
| 02/05/2018 | $3,208.33 | Check | JMJ Development LLC | Mark Adams |
| 02/05/2018 | $2,000.00 | Check | JMJ Development LLC | Vincap, LLC |
| 02/20/2018 | $3,208.33 | Check | JMJ Development LLC | Vincap, LLC |
| 02/22/2018 | $2,000.00 | Check | JMJ Development LLC | Mark Adams |
| 03/01/2018 | $2,000.00 | Check | JMJ Development LLC | Vincap, LLC |
| 03/02/2018 | $3,208.00 | Check | JMJ Development LLC | Mark Adams |
| 03/15/2018 | $3,208.33 | Check | JMJ Development LLC | Vincap, LLC |
| 03/15/2018 | $2,000.00 | Check | JMJ Development LLC | Mark Adams |
| 03/30/2018 | $2,000.00 | Check | JMJ Development LLC | Vincap, LLC |
| 04/02/2018 | $3,208.33 | Check | JMJ Development LLC | Mark Adams |
| 04/16/2018 | $3,208.33 | Check | JMJ Development LLC | Vincap, LLC |
| 04/16/2018 | $2,000.00 | Check | JMJ Development LLC | Mark Adams |
| 05/04/2018 | $3,208.33 | Check | JMJ Development LLC | Mark Adams |
| 05/11/2018 | $3,208.33 | Check | JMJ Development LLC | Mark Adams |
| 05/15/2018 | $2,000.00 | Check | JMJ Development LLC | Vincap, LLC |
| 05/17/2018 | $2,000.00 | Check | JMJ Development LLC | Mark Adams |
| 06/01/2018 | $4,208.33 | Check | JMJ Development LLC | Vincap, LLC |

| | | | | |
|---|---|---|---|---|
| 06/01/2018 | $1,000.00 | Check | JMJ Development LLC | Mark Adams |
| 06/20/2018 | $4,208.33 | Check | JMJ Development LLC | Vincap, LLC |
| 06/20/2018 | $1,000.00 | Check | JMJ Development LLC | Mark Adams |
| 07/02/2018 | $4,208.33 | Check | JMJ Development LLC | Vincap, LLC |
| 07/10/2018 | $1,000.00 | Check | JMJ Development LLC | Mark Adams |
| 07/19/2018 | $3,208.33 | Check | JMJ Development LLC | Vincap, LLC |
| 07/19/2018 | $2,000.00 | Check | JMJ Development LLC | Mark Adams |
| 08/06/2018 | $3,208.33 | Check | JMJ Development LLC | Mark Adams |
| 08/06/2018 | $2,000.00 | Check | JMJ Development LLC | Vincap, LLC |
| 08/20/2018 | $2,000.00 | Check | JMJ Development LLC | Mark Adams |
| 08/20/2018 | $3,208.33 | Check | JMJ Development LLC | Vincap, LLC |
| 08/30/2018 | $4,208.33 | Check | JMJ Development LLC | Vincap, LLC |
| 09/19/2018 | $2,000.00 | Check | JMJ Development LLC | Mark Adams |
| 09/19/2018 | $1,000.00 | Check | JMJ Development LLC | Mark Adams |
| 09/19/2018 | $3,208.33 | Check | JMJ Development LLC | Vincap, LLC |
| 10/01/2018 | $5,208.33 | Check | JMJ Development LLC | Vincap, LLC |
| 10/18/2018 | $1,000.00 | Check | JMJ Development LLC | Mark Adams |
| 10/18/2018 | $4,208.33 | Check | JMJ Development LLC | Vincap, LLC |
| 11/06/2018 | $1,000.00 | Check | JMJ Development LLC | Mark Adams |
| 11/06/2018 | $4,208.33 | Check | JMJ Development LLC | Vincap, LLC |
| 11/19/2018 | $5,208.33 | Check | JMJ Development LLC | Vincap, LLC |
| 12/07/2018 | $2,000.00 | Check | JMJ Development LLC | Mark Adams |
| 12/07/2018 | $3,208.33 | Check | JMJ Development LLC | Vincap, LLC |
| 12/21/2018 | $5,208.33 | Check | JMJ Development LLC | Vincap, LLC |
| 01/02/2019 | $2,000.00 | Check | JMJ Development LLC | Mark Adams |
| 01/02/2019 | $3,208.33 | Check | JMJ Development LLC | Vincap, LLC |
| 01/17/2019 | $679.50 | Check | JMJ Development LLC | Mark Adams |
| 01/17/2019 | $146.59 | Check | JMJ Development LLC | Mark Adams |
| 01/17/2019 | $75.20 | Check | JMJ Development LLC | Mark Adams |
| 01/17/2019 | $10,000.00 | Check | JMJ Development LLC | Vincap, LLC |
| 01/17/2019 | $5,208.33 | Check | JMJ Development LLC | Vincap, LLC |
| 01/31/2019 | $5,208.33 | Check | JMJ Development LLC | Vincap, LLC |
| 02/19/2019 | $2,000.00 | Check | JMJ Development LLC | Mark Adams |
| 02/19/2019 | $3,208.33 | Check | JMJ Development LLC | Vincap, LLC |
| 03/06/2019 | $5,208.33 | Check | JMJ Development LLC | Vincap, LLC |
| 03/18/2019 | $1,000.00 | Check | JMJ Development LLC | Mark Adams |
| 03/18/2019 | $4,208.33 | Check | JMJ Development LLC | Vincap, LLC |
| 04/02/2019 | $2,000.00 | Check | JMJ Development LLC | Mark Adams |
| 04/02/2019 | $614.15 | Check | JMJ Development LLC | Mark Adams |
| 04/02/2019 | $385.57 | Check | JMJ Development LLC | Mark Adams |
| 04/02/2019 | $3,208.33 | Check | JMJ Development LLC | Vincap, LLC |
| 04/03/2019 | $5,000.00 | Check | JMJ Development LLC | Vincap, LLC |
| 04/22/2019 | $5,208.33 | Check | JMJ Development LLC | Vincap, LLC |
| 05/06/2019 | $5,208.33 | Check | JMJ Development LLC | Vincap, LLC |
| 05/17/2019 | $2,000.00 | Check | JMJ Development LLC | Mark Adams |

| | | | | |
|---|---|---|---|---|
| 05/17/2019 | $3,208.33 | Check | JMJ Development LLC | Vincap, LLC |
| 05/30/2019 | $1,277.28 | Check | JMJ Development LLC | Mark Adams |
| 06/03/2019 | $5,208.33 | Check | JMJ Development LLC | Vincap, LLC |
| 06/17/2019 | $5,208.33 | Check | JMJ Development LLC | Vincap, LLC |
| 07/01/2019 | $2,000.00 | Check | JMJ Development LLC | Mark Adams |
| 07/01/2019 | $3,208.33 | Check | JMJ Development LLC | Vincap, LLC |
| 07/17/2019 | $16.60 | Check | JMJ Development LLC | Mark Adams |
| 07/17/2019 | $5,208.33 | Check | JMJ Development LLC | Vincap, LLC |
| 08/06/2019 | $2,000.00 | Check | JMJ Development LLC | Mark Adams |
| 08/06/2019 | $3,208.33 | Check | JMJ Development LLC | Vincap, LLC |
| 08/15/2019 | $168.22 | Check | JMJ Development LLC | Mark Adams |
| 08/19/2019 | $5,208.33 | Check | JMJ Development LLC | Vincap, LLC |
| 09/04/2019 | $5,208.33 | Check | JMJ Development LLC | Vincap, LLC |
| 09/18/2019 | $2,000.00 | Check | JMJ Development LLC | Mark Adams |
| 09/18/2019 | $3,208.33 | Check | JMJ Development LLC | Vincap, LLC |
| 09/24/2019 | $100,000.00 | Wire | 2999TC JMJ CMGR LLC | Vincap, LLC |
| 10/07/2019 | $2,000.00 | Check | JMJ Development LLC | Mark Adams |
| 10/07/2019 | $3,208.33 | Check | JMJ Development LLC | Vincap, LLC |
| 10/23/2019 | $5,208.33 | Check | JMJ Development LLC | Vincap, LLC |
| 11/05/2019 | $2,000.00 | Check | JMJ Development LLC | Mark Adams |
| 11/05/2019 | $3,208.33 | Check | JMJ Development LLC | Vincap, LLC |
| 11/19/2019 | $5,208.33 | Check | JMJ Development LLC | Vincap, LLC |
| 12/05/2019 | $2,000.00 | Check | JMJ Development LLC | Mark Adams |
| 12/05/2019 | $366.71 | Check | JMJ Development LLC | Mark Adams |
| 12/05/2019 | $3,208.33 | Check | JMJ Development LLC | Vincap, LLC |
| 12/17/2019 | $2,000.00 | Check | JMJ Development LLC | Mark Adams |
| 12/17/2019 | $3,208.33 | Check | JMJ Development LLC | Vincap, LLC |
| 01/21/2020 | $2,000.00 | Check | JMJ Development LLC | Mark Adams |
| 01/22/2020 | $3,208.33 | Check | JMJ Development LLC | Vincap, LLC |
| 02/06/2020 | $5,208.33 | Check | JMJ Development LLC | Vincap, LLC |
| 02/12/2020 | $1,000.00 | Check | JMJ Development LLC | Mark Adams |
| 02/12/2020 | $4,208.33 | Check | JMJ Development LLC | Vincap, LLC |
| 04/06/2020 | $1,500.00 | Wire | JMJ Development LLC | Mark Adams |
| 04/06/2020 | $8,500.00 | Wire | JMJ Development LLC | Vincap, LLC |
| **TOTAL** | **$469,729.00** | | | |