# DECLARATION OF MARTINE BARTON

My name is Martine Barton, and I declare under penalty of perjury under the laws of the United States of America that the following is true and correct.

1. I am over 18 years of age, of sound mind, and otherwise competent to make this declaration. This declaration is based on my personal knowledge and experience.
2. I was married to Tim Barton from February 1993 to August 2011.
3. I am aware that I am named as a defendant in a case related to Tim Barton, which includes allegations that I received $781,074.89 in payments for an American Express card.
4. I deny any knowledge of such a card and affirm that I have not received any benefit from the alleged expenditures.
5. While I do have an American Express card in my own name, it is unrelated to the receivership case, and has no connection to Tim Barton or any professional or personal dealings with him.
6. I am currently employed as a waitress and have no other professional or financial relationship with any Receivership Entities.
7. I want to clarify that, during my marriage to Tim Barton, I did not have access to his personal financial affairs, nor did I manage any of the accounts or financial transactions mentioned in this case. My involvement with Tim Barton's financial matters was limited to what was shared with me, which was minimal.

Executed on 11 march, 2025.

[signature]

Martine Barton