# DECLARATION OF TIMOTHY L. BARTON

My name is Timothy L. Barton. I declare under penalty of perjury under the laws of the United States of America that the following is true and correct.

1. I am a defendant in case no. 3:24-cv-00612-X and submit this declaration in support of the motion to lift the stay and reopen this case for the purpose of dismissing co-defendants Maxine Barton, my ex-wife, Victoria L. Barton, my daughter, and Maximilien E. Barton, my son, as none of them should be part of these proceedings.

2. I have read the declarations of Maxine, Victoria, and Maximilien, also attached to the motion to lift stay as Exhibits 1, 2, and 3, and confirm:

   a) Martine, my ex-wife, has never received a dime from the events and funds described in this case at all. She and I divorced in 2010. I had not spoken to her in years preceding this suit. In discussions with the Receiver, it appears that a description on a bank payment that has her name still on the accounting in my files, made the receiver believe some payment was made to Martin Barton, which is false. She never received anything at all. In my discussions with the Receiver, it is also clear that he believed that Martine and I were still married when he filed the suit. The Receiver and I have discussed this matter and he is aware that the case against Martine has no basis and he has no evidence of such.

   b) Victoria performed tasks as a contractor using her business, V Strategies, LLC, for JMJ Development, LLC, as she described in her declaration. She received no money or remuneration for which she did no work.

   c) Similarly, Max was an actual employee of JMJ Development, LLC, and received no money or remuneration without performing work for those funds. In fact, after reviewing the filings by the receiver, it is my belief the bulk of those funds would be reimbursements and the suggested amount is not in fact what they stated is. Further, Mr. Max Barton was terminated as all employees were without receiving their week's paycheck nor withheld the week paycheck.

I declare under the penalty of perjury that the foregoing is true and correct, based on my personal knowledge and experience, as explained above.

Executed on this March 24, 2025,

Timothy L. Barton