IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CORT THOMAS, as the Receiver for Carnegie Development, LLC, et al., | § | |
| *Plaintiff*, | § | |
| v. | § | Civil Action No. 3:25-CV-0946-X |
| VICTORIA L. BARTON and MAXIMILIEN BARTON., | § | |
| *Defendants*, | § | |

**ORDER**

Before the Court Plaintiff Cort Thomas's Motion to Stay. (Doc. 31) After consideration, the Motion is **GRANTED.**

It is therefore **ORDERED** that this action is stayed in all aspects until the criminal case in *United States v. Barton, et al.*, No. 3:22-cr-352-K, is resolved and the underlying lawsuit, *SEC v. Barton, et al.*, No. 3:22-cv-2118-X is reopened, or until another point in time necessary to life the stay as determined by the Court and the parties.

**IT IS SO ORDERED** this 19th day of September, 2025.

BRANTLEY STARR
UNITED STATES DISTRICT JUDGE